IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 APR -1 PM 2:38
ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN - JACKSON

| | |
|---|---|
| FOREST COVE MANOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO: 1:04-1119-T/An |
| ) | |
| VIKI BUTLER, ALICIA MOORE, ) | |
| JERRY MOORE, STEPHA SHANKLIN, ) | |
| TINA SINGLETON, and ) | |
| GUY RANDY VERNON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS CAUSE came on to be heard before the Honorable ~~James D. Todd~~ S. THOMAS ANDERSON, United States District Court ^MAGISTRATE Judge, Western District of Tennessee, upon Motion of the Defendants and Plaintiff to extend the time to submit initial disclosures.

From all of which it appears to the Court that the parties have agreed to this extension,

IT IS, **THEREFORE, ORDERED, ADJUDGED AND DECREED** that initial disclosures will be required by April 28TH, 2005.

ENTERED this the 1st day of April, 2005.

S. Thomas Anderson USMJ
~~HONORABLE JAMES D. TODD~~
~~United States District Court~~

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _____

APPROVED FOR ENTRY:

*[signature]*

**A. RUSSELL LARSON** (BPR No. 7134)
Counsel for DEFENDANT, *Jerry Moore*
211 East Main Street
Post Office Box 2163
Jackson, Tennessee 38302-2163
(731) 422-3344

*[signature]*

**RICHARD D. BENNETT,**
Counsel for Plaintiff, *Forest Cove Manor*
**Maiden & Bennett**
875 West Poplar Avenue, Suite 2
Collierville, Tennessee 38017
(901) 854-0777

*[signature]*

**KEMPER B. DURAND,**
Counsel for Defendant, *Viki Butler*
**Thomason, Hendrix, Harvey, Johnson & Mitchell**
2900 Commerce Square
40 South Main Street
Memphis, Tennessee 38103-5529
(901) 525-8721

*[signature]*

**PATRICK F. MARTIN**
Counsel for Defendant, *Alicia Moore*
**Hardee, Martin, Dauster & Donahoe**
213 East Lafayette Street
Post Office Box 98
Jackson, Tennessee 38302-0098
(731) 424-2151

## **CERTIFICATE OF SERVICE**

I, **A. RUSSELL LARSON**, DO HEREBY CERTIFY that I am Counsel for the above named DEFENDANT and that a true and exact copy of the foregoing **pleading or document** has been served upon:

**STEPHIA SHANKLIN**, Defendant, 204 Conger Street, Jackson, Tennessee 38301

**TINA SINGLETON**, Defendant, 279 Browns Church Road, Jackson, Tennessee 38305

**GUY RANDY VERNON**, Defendant, 98 Penny Lane, Jackson, Tennessee 38301

by mailing copy of same UNITED STATES MAIL, POSTAGE PRE-PAID/FIRST CLASS to the last known address of attorney or firm of attorneys appearing of record for each adverse party as above shown.

This the 29 day of **MARCH, 2005**.

**A. RUSSELL LARSON**, Attorney

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:04-CV-01119 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Richard D. Bennett
MAIDEN & BENNETT
875 W. Poplar Ave.
Ste. 2
Collierville, TN 38017

Guy Randy Vernon
98 Penny Lane
Jackson, TN 38301

Patrick F. Martin
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable James Todd
US DISTRICT COURT