IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FOREST COVE MANOR, INC.,          )
                                  )
    Plaintiff,                    )
                                  )
    V.                            )          NO. 1-04-1119-T/A
                                  )
VIKI BUTLER, ALICIA MOORE,        )
JERRY MOORE, STEPHIA SHANKLIN,    )
TINA SINGLETON, and GUY RANDY     )
VERNON,                           )
                                  )
    Defendants.                   )

## ORDER TO EXTEND DEADLINES

This matter is before the Court on Plaintiff's Motion to Extend Discovery Cutoff and Dispositive Motion Cutoff. The Plaintiff has requested that the Court extend the deadline for completing discovery (written discovery and depositions) up to and including Friday, November 11, 2005, and that the deadline for filing dispositive motions be extended up to and including January 20, 2006.

The Court finds Plaintiff's motion well-taken and for good cause shown, it is hereby ORDERED, DECREED, and ADJUDGED that:

The deadline for completing discovery be extended up to and including, Friday, November 11, 2005, and that the deadline to file dispositive motions be extended up to and including Friday, January 20, 2006.

ENTERED this the 26th day of September 2005.

S. Thomas Anderson UJMT

HONORABLE JAMES D. TODD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___09-27-05___

49

APPROVED:

By: _____

RICHARD D. BENNETT, BPR #013156
1155 Halle Park Circle, Suite 101
Collierville, Tennessee 38017
(901) 854-0777

ATTORNEY FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September 2005, I served a copy of the foregoing Proposed Order to Extend Deadlines upon the following person(s) by:

_____   Hand delivery;

__X__   U.S. Mail (First Class/Postage Prepaid)

_____   U.S. Mail (Certified/Return Receipt Requested)


TO:   Kemper B. Durand
      Thomason Hendrix
      29th Floor, One Commerce Square
      40 South Main Street
      Memphis, Tennessee 38103
      **Attorney for Viki Butler**

      Russell Larson
      211 E. Main Street
      Jackson, Tennessee 38301
      **Attorney for Jerry Moore**

Patrick Martin
Hardee, Martin, Dauster & Donahoe, P.A.
213 E. Layfayette
Jackson, Tennessee 38301
**Attorney for Alicia Moore**

Guy Randy Vernon
98 Penny Lane
Jackson, TN 38301

_____
RICHARD D. BENNETT

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 1:04-CV-01119 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Guy Randy Vernon
98 Penny Lane
Jackson, TN 38301

Patrick F. Martin
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable James Todd
US DISTRICT COURT