

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| FOREST COVE MANOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | NO. 1-04-1119 T/An |
| ) | |
| VIKI BUTLER, ALICIA MOORE, ) | **WESTERN DISTRICT OF TN** |
| JERRY MOORE, STEPHIA SHANKLIN, ) | **FILED IN OPEN COURT:** |
| TINA SINGLETON, and GUY RANDY ) | DATE: 10-7-05 |
| VERNON, ) | TIME: 4:31 p.m. |
| ) | INITIALS: a |
| Defendants. ) | |

### ORDER ON PETITION FOR WRIT OF ATTACHMENT

This matter is before the Court on Plaintiff's Petition for Issuance of Writ of Attachment and/or in the alternative in support of its Motion for Temporary Restraining Order and Preliminary Injunction. Based upon the submissions of counsel, affidavits submitted in this matter, statements of interested parties, and the entire record, this Court finds that good cause exists for granting Plaintiff the relief it requests and the Court is persuaded that the Petition for Issuance of Writ of Attachment should be granted.

It is therefore, ORDERED, DECREED, and ADJUDGED that the United States Marshall is hereby commanded to attach the bank account of Guy Randy Vernon at Leader's Credit Union, 1291 S. Highland Avenue, Jackson, Tennessee, 38301, account number 3525400, and to take possession of and to thereafter pay unto the United States District Court Clerk the proceeds so recovered by the attachment, not

to exceed the sum of Twenty-two Thousand Dollars and no/100's ($22,000.00), *which are deposited by AHC ESOP Trust  J.D.Todd*

where said proceeds will remain, unless replevied, until further order of this Court,

Entered this 7th day of October, 2005.

*/s/ James D. Todd*
HONORABLE JAMES D. TODD
UNITED STATES DISTRICT COURT JUDGE

**SUBMITTED FOR APPROVAL**

By: */s/ Richard D. Bennett*
RICHARD D. BENNETT, BPR #013156
1155 Halle Park Circle, Suite 101
Collierville, Tennessee 38017
(901) 854-0777
(901) 861-4625

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October 2005, I served a copy of the foregoing pleading, via the following method, upon:

**Kemper B. Durand**
Thomason Hendrix
29th Floor
One Commerce Square
40 South Main Street
Memphis, Tennessee 38103

_____ Hand delivery
__✓__ FedEx (Express overnight delivery service)
_____ U.S. Mail (First Class/Postage Prepaid)
_____ U.S. Mail (Certified/Return Receipt Requested)

**Patrick Martin**
Hardee, Martin, Dauster
 & Donahoe, P.A.
213 E. Lafayette
Jackson, Tennessee 38301

_____ Hand delivery
__✓__ FedEx (Express overnight delivery service)
_____ U.S. Mail (First Class/Postage Prepaid)
_____ U.S. Mail (Certified/Return Receipt Requested)

**Russell Larson**
211 E. Main Street
Jackson, Tennessee 38301

_____ Hand delivery
__✓__ FedEx (Express overnight delivery service)
_____ U.S. Mail (First Class/Postage Prepaid)
_____ U.S. Mail (Certified/Return Receipt Requested)

2

| | | |
|---|---|---|
| **Guy Randy Vernon**<br>98 Penny Lane          __X__<br>Jackson, Tennessee 38301____ | | Hand delivery<br>FedEx (Express overnight delivery service)<br>U.S. Mail (First Class/Postage Prepaid)<br>U.S. Mail (Certified/Return Receipt Requested) |

_____
RICHARD D. BENNETT

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 1:04-CV-01119 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Guy Randy Vernon
98 Penny Lane
Jackson, TN 38301

Patrick F. Martin
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable James Todd
US DISTRICT COURT