FILED BY ___ D.C.
05 NOV 15 AM 11:40
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FOREST COVE MANOR, INC.,

Plaintiff,

v.

VIKI BUTLER, ALICIA MOORE, JERRY MOORE, STEPHIA SHANKLIN, TINA SINGLETON, and GUY RANDY VERNON,

Defendants.

NO. 1-04-1119-T/A

## ORDER TO EXTEND DEADLINES

This matter is before the Court on the parties' Motion to Extend Discovery Cutoff and Dispositive Motion Cutoff. The parties have requested that the Court extend the deadline for completing discovery (written discovery and depositions) up to and including Friday, January 20, 2006, and that the deadline for filing dispositive motions be extended up to and including Tuesday, February 21, 2006.

The Court finds the motion well-taken and for good cause shown, it is hereby ORDERED, DECREED, and ADJUDGED that:

The deadline for completing discovery be extended up to and including, Friday, January 20, 2006, and that the deadline to file dispositive motions be extended up to and including Tuesday, February 21, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11-18-05

ENTERED this the 14th day of November 2005.

S. Thomas Anderson USMJ

HONORABLE ~~JAMES D. TODD~~
**UNITED STATES DISTRICT COURT JUDGE**

APPROVED AS TO FORM:

By: Richard D. Bennett
**RICHARD D. BENNETT, BPR #013156**
1155 Halle Park Circle, Suite 101
Collierville, Tennessee 38017
(901) 854-0777
ATTORNEY FOR PLAINTIFF

By: Kemper B. Durand with permission RDB
**KEMPER B. DURAND**
Thomason Hendrix
29th Floor, One Commerce Square
40 South Main Street
Memphis, Tennessee 38103
(901) 577-6133
ATTORNEY FOR DEFENDANT VIKI BUTLER

By: Patrick Martin with permission RDB
**PATRICK MARTIN**
Hardee, Martin, Dauster & Donahoe, P.A.
213 E. Lafayette
Jackson, Tennessee 38301
(731) 424-2151
ATTORNEY FOR DEFENDANT ALICIA MOORE

By: Russell Larson with permission RDB
**RUSSELL LARSON**
211 E. Main Street
Jackson, Tennessee 38301
(731) 422-3344
ATTORNEY FOR DEFENDANT JERRY MOORE

By: Guy Randy Vernon with permission RDB
**GUY RANDY VERNON**
98 Penny Lane
Jackson, Tennessee 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 1:04-CV-01119 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

Guy Randy Vernon
98 Penny Lane
Jackson, TN 38301

Patrick F. Martin
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Honorable James Todd
US DISTRICT COURT