IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| FOREST COVE MANOR, INC., | ) |
| Plaintiff, | ) |
| V. | ) No. 04-1119-T-An |
| VIKI BUTER, et al., | ) |
| Defendants. | ) |

## ORDER OF REFERENCE

The following motions are hereby REFERRED to Magistrate S. Thomas Anderson for determination: Defendants Viki Butler and Guy Randy Vernon's renewed motions to stay pending the resolution of a related criminal matter, [Docket #s 66, 78], and Defendants Alicia Moore and Jerry Moore's motions to be allowed to join in the motions to stay [Docket #s 65, 71].

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

7 December 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 1:04-CV-01119 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Guy Randy Vernon
98 Penny Lane
Jackson, TN 38301

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Guy Randy Vernon
98 Penny Lane
Jackson, TN 38301

Patrick F. Martin
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable James Todd
US DISTRICT COURT