# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| FOREST COVE MANOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS.  ) | No. 04-1119-T-An |
| ) | |
| VIKI BUTLER, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGE MEMORANDUM IN SUPPORT OF MOTION FOR WRIT OF ATTACHMENT

On October 6, 2005, Plaintiff filed a motion for leave to file an excess page memorandum in support of his motion for a writ of attachment [Docket # 57]. The writ of attachment was granted on October 7, 2005. See Order 10/12/05. Consequently, Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

7 December 2005
DATE



This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 1:04-CV-01119 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Guy Randy Vernon
98 Penny Lane
Jackson, TN 38301

Guy Randy Vernon
98 Penny Lane
Jackson, TN 38301

Patrick F. Martin
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Honorable James Todd
US DISTRICT COURT